**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **EMPOWERED LIFESTYLE TECHNOLOGIES, LLC,** *Plaintiff,* v. **BLUESMART INC.,** *Defendant*. | Civil Action No. 2:15-cv-1499 <br><br> **JURY TRIAL DEMANDED** |
| **EMPOWERED LIFESTYLE TECHNOLOGIES, LLC,** *Plaintiff,* v. **MACY'S, INC., MACYS.COM, LLC, IT COLLECTION LLC,** *Defendants*. | Civil Action No. 2:16-cv-39 <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date came for consideration the Unopposed Motion to Dismiss Without Prejudice. (Dkt. No. 46) The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion to Dismiss Without Prejudice be and hereby is GRANTED, and that all claims asserted in this action against Defendants Macy's, Inc., Macys.com, LLC, and IT Collection LLC are hereby dismissed without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 4th day of March, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE